In the Matter of the Application of ADOLPH KLEIN, Appellant, for an Order of Mandamus against JAMES E. FINEGAN, President, and Others, as Members of and Constituting the Municipal Civil Service Commission of the City of New York, and CLARENCE BAHR, JR., Respondents.— Order unanimously affirmed,

with twenty dollars costs and disbursements. No opinion. Present — Martin P. J., O'Malley, Townley, Untermyer and Cohn, JJ.